UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | No. |
| F.N. (FN HERSTAL) FIVE-SEVEN MK2 PISTOL, CALIBER: 57, SERIAL NO.; 386428514 | ) ) ) ) | |
| Defendant. | ) | |

**<u>VERIFIED COMPLAINT OF FORFEITURE *IN REM*</u>**

COMES NOW, Plaintiff the United States of America, by and through its attorneys, Thomas C. Albus, United States Attorney for the Eastern District of Missouri, and Ricardo Dixon, Assistant United States Attorney, for said district, and for its Verified Complaint for Forfeiture states as follows:

**<u>Nature of the Action and the Defendant *In Rem*</u>**

1.  This is a civil action *in rem* brought by the United States of America seeking forfeiture of all right, title, and interest in the above-captioned defendant property pursuant to Title 21, United States Code, Section 881(a)(11) and Title 18, United States Code, Section 924(d).

2.  The defendant property was seized by law enforcement on or about September 18, 2025 and is described more fully as one F.N. (FN Herstal) Five-Seven MK2 pistol, Cal: 57, SN: 386428514 (the "defendant property").

**<u>Jurisdiction and Venue</u>**

3.  This Court has jurisdiction over this action pursuant to 28 U.S.C. §§ 1345 and 1355, and 28 U.S.C. § 1395(c).

4. Venue is proper pursuant to 28 U.S.C. § 1355(b)(1)(A) because the acts and omissions giving rise to forfeiture took place in the Eastern District of Missouri. The defendant property was purchased and stored in the Eastern District of Missouri.

5. Venue is also proper pursuant to 28 U.S.C. § 1395(b) because the defendant property was seized in the Eastern District of Missouri.

## Statutory Framework

6. Title 18, United States Code, Section 924(c)(1)(A) makes it unlawful for a person to possess a firearm in furtherance of a drug trafficking crime.

7. Pursuant to Title 18, United States Code, Section 924(d), any firearm or ammunition involved in or used, or intended to be used, in a violation of Title 18, United States Code, Section 924(c)(1)(A), is subject to forfeiture.

8. Title 21, United States Code, Section 841 makes it unlawful for a person, knowingly or intentionally, to manufacture, distribute, dispense or possess with intent to manufacture, distribute or dispense, a controlled substance.

9. Pursuant to Title 21, United States Code, Section 881(a)(11), any firearm used or intended to be used to facilitate the transportation, sale, receipt, possession or concealment of a controlled substance, in a violation of Title 21, United States Code, Section 841, is subject to forfeiture.

## Facts Giving Rise to Forfeiture

10. On February 28, 2023, Dorian Foster ("Foster") was sentenced to four years in prison for the offense of Possession with Intent to Distribute Fentanyl in case 4:22CR00119 HEA in the Eastern District of Missouri.

11. Upon release from prison, Foster was mandated to supervised release for a term of three years.

12. On September 18, 2025, federal investigators, along with Federal Probation investigators, conducted a home visit to Foster's residence in Ferguson, Missouri, within the Eastern District of Missouri.

13. During the home visit, Foster, his girlfriend Makala Hughes ("Hughes"), and two juvenile children were in the residence.

14. Upon investigation, investigators discovered multiple contraband items.

15. In Foster's bedroom, the defendant property was found loaded and located in a plastic tote. The tote also contained prescription medications in the name of Foster.

16. After a further search of Foster's bedroom, investigators located a large bag of marijuana, a bag of suspected fentanyl, and capsules filled with powder in a bag on his dresser with his driver's license under the bag.

17. Investigators also located a large bag containing marijuana and a black digital scale with white residue in the basement of the residence.

18. Investigators spoke with Hughes and she told them she had been dating Foster since November 2024.

**COUNT ONE – FORFEITURE**
**21 U.S.C. § 881(a)(11)**

19. The United States incorporates by reference the allegations set forth in Paragraphs 1 to 18 above as if fully set forth herein.

20. The defendant property is a firearm that was discovered by law enforcement officers, located in a residence with multiple controlled substances.

3

21. Based on the foregoing, the defendant property is subject to forfeiture pursuant to Title 21, United States Code, Section 881(a)(11) as a firearm used or intended to be used to facilitate the transportation, sale, receipt, possession, or concealment of a controlled substance.

### COUNT TWO – FORFEITURE
### (18 U.S.C. § 924(d))

22. The United States incorporates by reference the allegations set forth in Paragraphs 1 to 18 above as if fully set forth herein.

23. The defendant property was discovered by investigators in a residence with controlled substances.

24. As such, the defendant property is subject to forfeiture, pursuant to Title 18, United States Code, Section 924(d), as any firearm or ammunition involved in or used, or intended to be used, in violation of Title 18, United States Code, Section 924(c)(1)(A).

### Prayer for Relief

WHEREFORE, Plaintiff prays that notice issue on the defendant property as described above; that due notice be given to all parties to appear and show cause why the forfeiture should not be decreed; that a warrant of arrest in rem be issued according to law; that judgment be entered declaring that the defendant property be forfeited to the United States of America for disposition according to law; and that the United States of America be granted such other relief as this Court may deem just and proper, together with the costs and disbursements of this action.

Respectfully submitted,

THOMAS C. ALBUS
United States Attorney

                                        */s/ Ricardo Dixon*
                                        RICARDO DIXON, #70026(MO)
                                        Assistant United States Attorney
                                        111 South 10th Street, Suite 20.333
                                        Saint Louis, Missouri 63102
                                        Telephone: (314) 539-2200
                                        Ricardo.Dixon@usdoj.gov